James S. Coon
OSB# 771450
SWANSON, THOMAS, COON & NEWTON
The Thomas Mann Building
820 SW 2nd Avenue, Suite 200
Portland, Oregon 97204
Phone: (503) 228-5222
Fax: (503) 273-9175
E-mail: jcoon@stc-law.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

| | |
|---|---|
| SHELLI PICKARD<br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER SOCIAL SECURITY ADMINISTRATION,<br>　　　　　Defendant. | Case No.:　　3:12-cv-00644-TC<br><br>ORDER GRANTING STIPULATED MOTION FOR ATTORNEY FEES & EXPENSES UNDER 28 U.S.C. 2412 |

Based upon the Stipulation of the parties, the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, and Plaintiff's EAJA petition, it is hereby ORDERED that EAJA attorney's fees of $3058.64 and expenses in the amount of $5.52 shall be awarded to Plaintiff pursuant to *Astrue v. Ratliff*, 130 U.S. 2521 (2010). If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees shall be made payable to James S. Coon, based upon Plaintiff's assignment of these amounts

to Plaintiff's attorney.  Any check for EAJA fees shall be mailed to Plaintiff's counsel at the following address: 820 SW 2nd Avenue, Suite 200, Portland OR 97204.

Dated this _26_ day of _Dec_, 2013.

_____
United States Magistrate Judge

Presented by:
James S. Coon
Swanson, Thomas, Coon & Newton
Of Attorneys for Plaintiff