James S. Coon, OSB# 771450
jcoon@stc-law.com
SWANSON, THOMAS, COON & NEWTON
820 SW Second Ave, Suite 200
Portland, Oregon 97204
Ph. 503-228-5222   Fax 503-273-9175
Of Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| SHELLI PICKARD, | CV# 3:12-00644-TC |
| Plaintiff, | ORDER GRANTING UNOPPOSED MOTION FOR ATTORNEY FEES UNDER 42 U.S.C § 406(B) |
| v. | |
| COMMISSIONER SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

Plaintiff's counsel's motion for attorney fees pursuant to 42 U.S.C. § 406(b) (Dckt. __) is GRANTED. Plaintiff's counsel is entitled to attorney fees in the amount of $13,611 under 42 U.S.C. § 406(b). Plaintiff previously received attorney fees of $1402.16 pursuant to the EAJA Access to Justice Act (EAJA). When issuing the 406(b) check, the agency is directed to subtract the amount previously received under EAJA and send to plaintiff's counsel the balance of $ $12,208.84, minus any user fees.

Dated this __11__ day of __March__, 2014.

_____
United States Magistrate Judge

Presented by:
James S. Coon
Swanson, Thomas, Coon & Newton
Of Attorneys for Plaintiff